■ SIBLEY CORPORATION, Respondent, v WHITNEY RIDGE SECTION II, INC., et al., Defendants, and ROBERT P. MULLIGAN, Appellant.—Order unanimously affirmed, with costs, upon the opinion at Special Term, Provenzano, J. (Appeal from order of Monroe Special Term denying motion to intervene in foreclosure action.) Present—Marsh, P. J., Cardamone, Mahoney and Del Vecchio, JJ.

■ CARROLS EQUITIES CORP., Plaintiff, v DONALD VILLNAVE, Doing Business as VILLNAVE CONSTRUCTION, et al., Defendants. DONALD VILLNAVE, Doing Business as VILLNAVE CONSTRUCTION, Third-Party Plaintiff-Appellant, and ECKERLIN-KLEPPER-HAHN, Third-Party Defendant-Respondent.—Order unanimously affirmed, with costs, upon the opinion at Special Term (Hancock, J.). (Appeal from order of Onondaga Special Term dismissing third-party complaint in breach of contract action.) Present—Moule, J. P., Cardamone, Simons, Goldman and Del Vecchio, JJ. [76 Misc 2d 205.]